UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. |
| **LETTICIA WAITES,** | : | VIOLATIONS: 18 U.S.C. § 844(a)(Simple Possession of a Controlled |
| Defendant. | : | Substance); 48 D.C. Code § 904.01(d) (Unlawful Possession of a Controlled |
| | : | Substance) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about March 15, 2008, within the District of Columbia, **LETTICIA WAITES** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

**COUNT TWO**

On or about March 15, 2008, within the District of Columbia, **LETTICIA WAITES** did unlawfully, knowingly, and intentionally possess a quantity of cannabis, that is marijuana, a controlled substance.

(**Unlawful Possession of a Controlled Substance,** in violation of 48 D.C. Code, Section 904.01(d)(2001 ed.))

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498610

BY: _____
        EMILY A. MILLER
        Assistant United States Attorney
        Bar No. 462077
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4237
        Washington, DC 20530
        (202) 514-7533
        Emily.Miller2@usdoj.gov